UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 23, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MASON A LYNN,

    Defendant.

Case No. 2:24-po-00374-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MASON A LYNN ,

Case No.  2:24-po-00374-CSK , 38 CFR 1.218(b)(8), from custody

   X   Release on Personal Recognizance

       Bail Posted in the Sum of $ $ _____

       Unsecured Appearance Bond $ $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other): .

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 23, 2025 at 2:00 PM

By: _/s/ Chi Soo Kim_

Magistrate Judge Chi Soo Kim